Brad Call and Elizabeth Call
621 Doubleshot Lane
Henderson, NV 89052
702-448-4416

Purebred Breeders, LLC
5722 S. Flamingo Road, 254
Cooper City, FL 33330

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Brad Call and Elizabeth Call,<br><br>  Plaintiffs,<br><br>vs.<br><br>Purebred Breeders, LLC,<br><br>  Defendant | CASE NUMBER:<br>2:12-cv-00477-RCJ-GWF<br><br>STIPULATION FOR<br>DISMISSAL WITH<br>PREJUDICE |

WHEREAS, Plaintiffs and Defendant have reached a settlement to resolve the above-captioned case.

IT IS HEREBY STIPULATED AND AGREED by the parties that District Court Case Number 2:12-cv-00477-RCJ-GWF be dismissed with prejudice.

Dated this April 4, 2012

Brad Call
Plaintiff
621 Doubleshot Lane
Henderson, NV 89052

Elizabeth Call
Plaintiff
621 Doubleshot Lane
Henderson, NV 89052

Purebred Breeders, LLC
5722 S. Flamingo Road
254
Cooper City, FL 33330

name: MILES GREENBERG
title: CFO

IT IS SO ORDERED:

Robert C. Jones
Chief Judge
Dated: This 4th day of April, 2012.